# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| THE SAN ANTONIO REFINERY LLC; CALUMET SHREVEPORT REFINING, LLC,<br><br>　　　　　　Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　　Respondent. | Case No. 23-60399 |

# JOINT STATUS REPORT

Pursuant to this Court's October 3, 2023 Order, Doc. 69-2, Petitioners The San Antonio Refinery LLC ("TSAR") and Calumet Shreveport Refining, LLC ("Calumet"), and Respondent U.S. Environmental Protection Agency ("EPA"), jointly submit this status report and state as follows:

1.　In July 2023, EPA denied 26 petitions for small refinery hardship exemptions from the Renewable Fuel Standard, including the hardship petitions submitted by TSAR and Calumet. *See* 88 Fed. Reg. 46,795 (July 20, 2023) ("July 2023 Denial").

2.　TSAR and Calumet filed their petitions for review of the July 2023 Denial in this Court on July 26, 2023, Docs. 1-1, 3-1, and also filed "protective" petitions for review of the same agency action in the D.C. Circuit on September 12, 2023, *see The San Antonio Refinery LLC v. EPA*,

No. 23-1258 (D.C. Cir.) (consolidated with No. 23-1194), Doc. 2016443; *Calumet Shreveport Refining, LLC v. EPA*, No. 23-1251 (D.C. Cir.) (consolidated with No. 23-1194), Doc. 2016799.

3. On September 21, 2023, TSAR, Calumet, and EPA jointly filed an unopposed motion to stay all case deadlines and hold this matter in abeyance pending resolution of the April and June 2022 Cases. Doc. 60 ("Joint Abeyance Request"). The Joint Abeyance Request defined the April and June 2022 Cases to be *Sinclair Wyoming Refining Co. v. EPA*, No. 22-1073 (consol.) (D.C. Cir.); *Calumet Shreveport Refining, LLC v. EPA*, No. 22-60266 (consol.) (5th Cir.); and *Hunt Refining Co. v. EPA*, No. 22-11617 (consol.) (11th Cir.). *Id.* at 1–2.

4. On October 3, 2023, this Court granted in part the Joint Abeyance Request and stayed all proceedings until 30 days after resolution of *Calumet Shreveport*, No. 22-60266 (consol.) (5th Cir.). Doc. 69-2.

5. The October 3, 2023 Order also stated that "[a]ny party may move to terminate or extend the abeyance for good cause shown," and it required Petitioners and EPA to "file coordinated status reports every 90 days" during the abeyance, with the first such report due on January 2, 2024. Docs. 69-2.

6. As to the status of the April and June 2022 Denial Cases:

   a. *Calumet Shreveport* (5th Cir.): On November 22, 2023, this Court issued a published opinion and entered judgment in the consolidated *Calumet Shreveport* petitions. No. 22-60266, Doc. 408-1; Doc.

409. A divided merits panel granted the petitions for review and vacated and remanded the challenged adjudications to EPA "for further proceedings in accordance with the opinion of this court." *Id.*, Doc. 408-1 at 30; Doc. 409 at 3. The mandate is set to issue on January 16, 2024. The deadline for a party to file a petition for panel or *en banc* rehearing is January 8, 2024.

      b.    *Hunt* (11th Cir.): The consolidated petitions for review remain pending. The Eleventh Circuit held oral argument on July 27, 2023. As of this filing, the merits panel has not yet issued a decision.

      c.    *Sinclair Wyoming* (D.C. Cir.): The consolidated petitions for review remain pending. Merits briefing is complete, and the deadline to file final conforming briefs is January 10, 2024. Oral argument has not yet been scheduled.

      7.    Per the October 3, 2023 Order, Doc. 69-2, the abeyance of this action will terminate 30 days after resolution of *Calumet Shreveport*, No. 22-60266 (consol.) (5th Cir.). The parties understand that, absent an extension, the abeyance of this action is set to terminate 30 days after the mandate issues in *Calumet Shreveport*. None of the parties seeks to terminate or extend the abeyance at this time.

      8.    As required by the October 3, 2023 Order, Doc. 69-2, the parties will continue to file coordinated status reports every 90 days during the abeyance.

Dated: January 2, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　 *s/ Jonathan G. Hardin*
　　　　　　　　　　　　　　　　　Jonathan G. Hardin
　　　　　　　　　　　　　　　　　Alexandra Magill Bromer
　　　　　　　　　　　　　　　　　PERKINS COIE LLP
　　　　　　　　　　　　　　　　　700 13th Street NW, Suite 800
　　　　　　　　　　　　　　　　　Washington, D.C. 20005-3960
　　　　　　　　　　　　　　　　　Telephone: 202.654.6297
　　　　　　　　　　　　　　　　　Facsimile: 202.654.6211
　　　　　　　　　　　　　　　　　JHardin@perkinscoie.com
　　　　　　　　　　　　　　　　　ABromer@perkinscoie.com

　　　　　　　　　　　　　　　　　Michael R. Huston*
　　　　　　　　　　　　　　　　　Karl J. Worsham
　　　　　　　　　　　　　　　　　PERKINS COIE LLP
　　　　　　　　　　　　　　　　　2901 N. Central Avenue, Suite 2000
　　　　　　　　　　　　　　　　　Phoenix, AZ 85102-2788
　　　　　　　　　　　　　　　　　Telephone: 602.351.8000
　　　　　　　　　　　　　　　　　Facsimile: 602.648.7000
　　　　　　　　　　　　　　　　　MHuston@perkinscoie.com
　　　　　　　　　　　　　　　　　KWorsham@perkinscoie.com
　　　　　　　　　　　　　　　　　* *Admitted only in Washington, D.C.*

　　　　　　　　　　　　　　　　　*Attorneys for Petitioners The San Antonio Refinery LLC and Calumet Shreveport Refining, LLC*


　　　　　　　　　　　　　　　　　TODD KIM
　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　*s/ Bryan J. Harrison*
　　　　　　　　　　　　　　　　　Bryan J. Harrison
　　　　　　　　　　　　　　　　　Jeffrey Hughes

U.S. Department of Justice Environment & Natural Resources
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202.307.0930 (Harrison)
Telephone: 202.305.4598 (Hughes)
bryan.harrison@usdoj.gov
jeffrey.hughes@usdoj.gov

*Attorneys for Respondent U.S. Environmental Protection Agency*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: January 2, 2024

                                    *s/ Jonathan G. Hardin*
                                    Jonathan G. Hardin
                                    PERKINS COIE LLP