# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| THE SAN ANTONIO REFINERY LLC; CALUMET SHREVEPORT REFINING, LLC,<br><br>*Petitioners*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | Case No. 23-60399 (consol.) |

## JOINT STATUS REPORT

Petitioners in these consolidated cases and Respondent Environmental Protection Agency submit this joint status report in accordance with this Court's June 7, 2024 Order. *See* ECF No. 109.

In that Order, this Court stayed further proceedings in this Court pending the United States Supreme Court's disposition of *EPA v. Calumet Shreveport Refining, L.L.C. See id.* At the time the Court issued its Order, EPA had petitioned for a writ of certiorari to review this Court's judgment in *Calumet Shreveport Refining, L.L.C. v. EPA*, 86 F.4th 1121 (5th Cir. 2023). In particular, EPA sought review on the question of whether venue was proper in this Court or the D.C. Circuit for petitions for review of EPA's April and June 2022 denials of small refinery exemptions, which relied on the same approach and analysis as the decisions under

review in this case. Therefore, the Supreme Court's resolution of this question would affect the parties' approach to these consolidated cases going forward.

On June 18, 2025, the Supreme Court issued its opinion, which vacated the Fifth Circuit's judgment in *Calumet Shreveport Refining, L.L.C. v. EPA*, 86 F.4th 1121 (5th Cir. 2023). The Supreme Court held that, the D.C. Circuit, and not this Court, is the proper venue for review of EPA's April and June 2022 denials of small refinery exemptions. *Calumet*, 145 S. Ct. at 1754.

The parties have met and conferred regarding the impact of the Supreme Court's opinion not only on this case but also on the petitions for review of the same action pending in the D.C. Circuit. The parties are working collaboratively to chart a path forward in these cases and intend to file their recommendation to the Court expeditiously.

Dated: July 18, 2025                    Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

s/ Jeffrey Hughes
Bryan J. Harrison
Jeffrey Hughes
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202.307.0930 (Harrison)
Telephone: 202.305.4598 (Hughes)
bryan.harrison@usdoj.gov
jeffrey.hughes@usdoj.gov

*Counsel for Respondent U.S. Environmental Protection Agency*

s/ Michael R. Huston
Jonathan G. Hardin
Alexandra Magill Bromer
PERKINS COIE LLP
700 13th Street NW, Suite 800
Washington, D.C.  20005-3960
Telephone:  202.654.6297
Facsimile:  202.654.6211
JHardin@perkinscoie.com
ABromer@perkinscoie.com

Michael R. Huston
Karl J. Worsham
PERKINS COIE LLP
2525 East Camelback Road, Suite 500
Phoenix, AZ  85016
Telephone:  602.351.8000
Facsimile:  602.648.7000
MHuston@perkinscoie.com
KWorsham@perkinscoie.com.

*Counsel for The San Antonio Refinery LLC, Calumet Shreveport Refining, LLC, Ergon Refining, Inc., Ergon-West Virginia, Inc., and Placid Refining Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  July 18, 2025                   s/ Jeffrey Hughes
                                                                               Jeffrey Hughes