## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| THE SAN ANTONIO REFINERY LLC; CALUMET SHREVEPORT REFINING, LLC,<br><br>*Petitioners*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | Case No. 23-60399 (consol.) |

## MOTION FOR A STAY OF ALL CASE DEADLINES
## IN LIGHT OF LAPSE OF APPROPRIATIONS

Respondent U.S. Environmental Protection Agency ("EPA") hereby moves for a stay of all deadlines in the above-captioned cases in light of a lapse of appropriations.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including EPA. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and EPA employees are prohibited from working, even on a voluntary basis, except in very

1

limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.　　Undersigned counsel for the Department of Justice therefore requests a stay of all deadlines in this case until Congress has restored appropriations to the Department.

4.　　If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.　　Earlier today, undersigned counsel contacted Petitioners' counsel and Intervenors' counsel regarding their positions on EPA's requested relief. As of this filing, undersigned counsel has been unable to ascertain their positions.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, EPA hereby moves for a stay of all deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

ADAM R.F. GUSTAFSON
　*Acting Assistant Attorney General*

　*/s/ Bryan J. Harrison*
BRYAN J. HARRISON
JEFFREY HUGHES
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C.  20044
(202) 305-5426
bryan.harrison@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 301 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f).  The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman fourteen-point font.

*/s/ Bryan J. Harrison*
Bryan J. Harrison

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed the foregoing in the above-referenced case using the Court's CM/ECF system. The participants in these cases are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Bryan J. Harrison*
Bryan J. Harrison